1 | CUNEO GILBERT & LADUCA, LLP
   | Jonathan W. Cuneo
2 | William H. Anderson (*pro hac vice*)
   | 507 C Street, N.E.
3 | Washington, D.C. 20002
   | Telephone: (202) 789-3960
4 | Facsimile:   (202) 789-1813
   | E-mail: jonc@cuneolaw.com
5 |        wanderson@cuneolaw.com

6 | CHIMICLES & TIKELLIS LLP
   | Nicholas E. Chimicles
7 | Alison G. Gushue
   | 361 West Lancaster Avenue
8 | Haverford, Pennsylvania 19041
   | Telephone: (610) 642-8500
9 | Facsimile:   (610) 649-3633
   | E-mail: nick@chimicles.com
10 |        agg@chimicles.com

11 | *Attorneys for Plaintiff Ronda Gibble*

12 | LATHAM & WATKINS LLP
   | Mark S. Mester (*pro hac vice*)
13 | 233 South Wacker Drive, Suite 5800
   | Chicago, Illinois 60606
14 | Telephone: (312) 876-7700
   | Facsimile:   (312) 993-9767
15 | E-mail: mark.mester@lw.com

16 | *Attorneys for Defendant American Honda Motor Co., Inc.*
   | *(additional attorneys listed on signature page)*
17 |

18 | **UNITED STATES DISTRICT COURT**
   | **CENTRAL DISTRICT OF CALIFORNIA**
19 | **EASTERN DIVISION - RIVERSIDE**

| | |
|---|---|
| 20  RONDA GIBBLE, | **CASE NO. 10-cv-06148-VAP-OP** |
| 21                  Plaintiff, | **JOINT STIPULATION OF** |
| 22         v. | **DISMISSAL** |
| 23  AMERICAN HONDA MOTOR CO., | **NO DATES SCHEDULED** |
|     INC., | |
| 24                  Defendant. | |
| 25 | |

26
27
28

## JOINT STIPULATION OF DISMISSAL

On October 19, 2012, the only appeal to the class action settlement in *Lockabey et al. v. American Honda Motor Co., Inc.*, Case No. 37-2010-00087755-CU-BT-CTL (San Diego Cty. Super. Ct.) was dismissed. That settlement also resolves the claims in this action. Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed that the above-entitled action be dismissed with prejudice, without costs and without attorneys' fees except as provided in the *Lockabey* Class Action Settlement Agreement and Release dated September 2, 2011.

Dated: October 24, 2012.        Respectfully submitted,

CUNEO GILBERT & LADUCA, LLP        LATHAM & WATKINS LLP

By: _____        By: _____
William H. Anderson        Mark S. Mester
*Attorneys for Plaintiff Ronda Gibble*        *Attorneys for Defendant American*
*Honda Motor Co., Inc.*

CUNEO GILBERT & LADUCA, LLP        LATHAM & WATKINS LLP
  Jonathan W. Cuneo        Mark S. Mester (*pro hac vice*)
  William H. Anderson (*pro hac vice*)    233 South Wacker Drive, Suite 5800
507 C Street, N.E.        Chicago, Illinois 60606
Washington, D.C. 20002        Telephone:  (312) 876-7700
Telephone:  (202) 789-3960        Facsimile:  (312) 993-9767
Facsimile:  (202) 789-1813        E-mail:  mark.mester@lw.com
E-mail:  jonc@cuneolaw.com
        wanderson@cuneolaw.com

CHIMICLES & TIKELLIS LLP        LATHAM & WATKINS LLP
  Nicholas E. Chimicles        Wendy Harper (SB#223690)
  Alison G. Gushue        355 South Grand Avenue
361 West Lancaster Avenue        Los Angeles, California 90071-1560
Haverford, Pennsylvania 19041        Telephone:  (213) 891-7767
Telephone:  (610) 642-8500        Facsimile:  (213) 891-8763
Facsimile:  (610) 649-3633        E-mail:  wendy.harper@lw.com
E-mail  nick@chimicles.com
        agg@chimicles.com

2

IT IS SO ORDERED
Dated **Nov. 6 2012**

_____
Virginia A. Phillips
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
    Livia M. Kiser (*pro hac vice*)
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone:  (312) 984-3100
Facsimile:  (312) 984-3150
E-mail:  livia.kiser@bfkn.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I hereby certify that I served the foregoing Joint Stipulation of Dismissal through the Court's CM/ECF system upon all counsel registered with that system.

/s/ William H. Anderson

William H. Anderson

4